**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jesus SOTELO-DURAN, Defendant–**
**Appellant.**

No. 16-50348
Cons w/No. 16-50349
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed January 20, 2017

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Jesus Sotelo-Duran, Pro Se

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jesus Sotelo-Duran has

---

moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Sotelo-Duran has filed a response. We have reviewed counsel's brief and the relevant portions of the records reflected therein, as well as Sotelo-Duran's response. We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.